CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

ARTIE BYRD

Civil/Criminal No.: 22-CR-309 (TNM)

### NOTE FROM JURY

We have not arrived at a verdict. We would like lunch to be delivered.

Date: 2/6/23
Time: 12:25pm

FOREPERSON

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

ARTIE BYRD

Civil/Criminal No.: 22-CR-309 (TNM)

### NOTE FROM JURY

We are at an impass and do not belive additional deliberation will result in a verdict.

Date: 2/6/23
Time: 1:57 pm

FOREPERSON

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

ARTIE BYRD

Civil/Criminal No.: 22-CR-309 (TNM)

### NOTE FROM JURY

We have reviewed each piece of evidence, allowed for each juror to explain their position and held multiple days of open discussion. We remain at an impasse. We do not believe this jury will reach a verdict.

Date: 2/6/23

Time: 4:42 pm

FOREPERSON